SCHOEMAN, UPDIKE & KAUFMAN, LLP
60 East 42 Street
New York, NY 10165
(212) 661-5030
David B. Gordon (DG 0010)

*Attorneys for Defendant*
*AlliedBarton Security Services LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **DOLORES EMILIANO,** | CASE NO.: 07 CV 8234 (RPP) |
| **Plaintiff,** | |
| v. | |
| **ALLIED BARTON SECURITY SERVICES LLC,** | |
| **Defendant.** | |

---

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AlliedBarton Security Services LLC, incorrectly named as "Allied Barton Security Services LLC" in the Complaint, states that it is a wholly-owned subsidiary of Allied Security Holdings, LLC, and that no publicly-held company owns 10% or more of its stock.

Respectfully submitted this 20th day of November, 2007.

SCHOEMAN, UPDIKE & KAUFMAN, LLP

s/David Gordon
David Gordon (DG 0010)
60 East 42nd Street
New York, NY 10165
(212) 661-5030
(212) 687-2123 (facsimile)

--and--

MARTENSON, HASBROUCK & SIMON LLP

Marty N. Martenson
Georgia Bar No. 471100
Donna L. Keeton
Georgia Bar No. 006961
3379 Peachtree Road, N.E.
Suite 400
Atlanta, Georgia 30326
(404)-909-8100
(404)-909-8120 (facsimile)

**Attorneys for Defendant**