SCHOEMAN, UPDIKE & KAUFMAN, LLP
60 East 42 Street
New York, NY 10165
(212) 661-5030
David B. Gordon (DG 0010)

*Attorneys for Defendant*
*AlliedBarton Security Services LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DOLORES EMILIANO,**   CASE NO.:   07 CV 8234 (RPP)

**Plaintiff,**

v.

**ALLIED BARTON SECURITY**
**SERVICES LLC,**

**Defendant.**

---

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document entitled **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** has been filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Plaintiff's counsel of record:

> Paul N. Cisternino, Esq.
> Law Office of Paul N. Cisternino, P.C.
> 16 Briarbrook Road
> Ossning, NY 10562

This 20th day of November, 2007.

> s/David Gordon
> David Gordon