SCHOEMAN, UPDIKE & KAUFMAN, LLP
60 East 42 Street
New York, NY 10165
(212) 661-5030
David B. Gordon (DG 0010)

*Attorneys for Defendant*
*AlliedBarton Security Services LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOLORES EMILIANO, | CASE NO.: 07 CV 8234 (RPP) |
| Plaintiff, | |
| v. | |
| ALLIED BARTON SECURITY SERVICES LLC, | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document entitled **ANSWER** has been filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Plaintiff's counsel of record:

Paul N. Cisternino, Esq.
Law Office of Paul N. Cisternino, P.C.
16 Briarbrook Road
Ossning, NY 10562

This 20th day of November, 2007.

s/David Gordon
David Gordon

9