SCHOEMAN, UPDIKE & KAUFMAN, LLP
60 East 42 Street
New York, NY 10165
(212) 661-5030
David B. Gordon (DG 0010)

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED:  1/16/08        │
└─────────────────────────────┘
```

*Attorneys for Defendant*
*AlliedBarton Security Services LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DOLORES EMILIANO,**

             **Plaintiff,**

      v.

**ALLIED BARTON SECURITY**
**SERVICES LLC,**

             **Defendant.**

---

**CASE NO.:   07 CV 8234 (RPP)**


**ORDER OF ADMISSION**
*PRO HAC VICE*

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon affidavit of David B. Gordon, a member of the bar of this Court, sworn to on January 3, 2008, and the certifications of Marty N. Martenson and Donna L. Keeton, both sworn to on December 21, 2007, it is hereby

ORDERED that Marty N. Martenson and Donna L. Keeton, members of the Bar of the State of Georgia, are hereby admitted to the to this Court *pro hac vice* for the purpose of representing Defendant AlliedBarton Security Services LLC in this matter.

Dated:       January **16**, 2008
             New York, New York

                                   SO ORDERED:


                                   _____
                                   Robert P. Patterson, United States District Judge

SCHOEMAN, UPDIKE & KAUFMAN, LLP
60 East 42 Street
New York, NY 10165
(212) 661-5030
David B. Gordon (DG 0010)

*Attorneys for Defendant*
*AlliedBarton Security Services LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DOLORES EMILIANO,**

      **Plaintiff,**

   v.

**ALLIED BARTON SECURITY**
**SERVICES LLC,**

      **Defendant.**

---

**CASE NO.:   07 CV 8234 (RPP)**

**CERTIFICATE OF SERVICE**

I, Gloria Carrion, hereby certify that I have served a true and correct copy of Defendant's Notice of Motion to Admit Counsel *Pro Hac Vice*, along with the supporting affidavits and exhibits, and a proposed Order of Admission Pro Hac Vice, via United States First Class Mail to Plaintiff's counsel of record:

Paul N. Cisternino, Esq.
Law Office of Paul N. Cisternino, P.C.
16 Briarbrook Road
Ossining, NY 10562

This 4 day of January, 2008.