UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Emiliano* Plaintiff(s)

-against-

*Allied Barton Security* Defendant(s)

07 CV 8234 (RPP)

**SCHEDULING ORDER**

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes  ✓ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by 2/28/08.

5. Rule 26 compliance by 2/28/08.

6. Experts' reports to be served by _____. *cashiered of limitmas persons.*

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by 8/8/08.

9. Dispositive motions by 9/12/08, Answer by _____, Reply by _____.

10. Pretrial order to be filed by _____.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for 9/12/08 at 9:30 AM.

13. Trial date is scheduled for 9/29/08 at 9:30 AM.

Dated: New York, New York

2/15/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

SO ORDERED.

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.