UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOLORES EMILIANO,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIEDBARTON SECURITY<br>SERVICES, LLC<br><br>    Defendant. | Case No. 07-CV-8234-RPP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dolores Emiliano and Defendant AlliedBarton Security Services, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), file this Joint Stipulation of Dismissal with Prejudice and show as follows:

The parties in the above-styled case have agreed to resolve the matter through settlement and have entered into a Settlement Agreement and General Release. As a term and condition of that settlement agreement, Plaintiff agreed to dismiss her claims against Defendant with prejudice.

NOW THEREFORE, the parties stipulate and agree to the dismissal of Case No. 07-CV-8234-RPP, and each and every claim therein, with prejudice. All parties to bear their own costs.

Respectfully submitted this 23rd day of May, 2008.

| PLAINTIFF DOLORES EMILIANO | DEFENDANT ALLIEDBARTON SECURITY SERVICES, LLC |
|---|---|
| By: _s/Paul N. Cisternino_____<br>Paul N. Cisternino<br>The Law Office of Paul N. Cisternino, P.C.<br>16 Briarbrook Road<br>Ossining, NY 10562<br>Telephone: (914) 941-4713<br>Facsimile: (914) 923-8913 | By: _s/Donna L. Keeton_____<br>Marty N. Martenson (admitted *pro hac vice*)<br>Donna L. Keeton (admitted *pro hac vice*)<br>MARTENSON, HASBROUCK &<br>SIMON LLP<br>3379 Peachtree Road, N.E., Suite 400<br>Atlanta, GA 30326<br>Telephone: (404) 909-8100<br>Facsimile: (404) 909-8120<br><br>and<br><br>David B. Gordon (DG 0010)<br>SCHOEMAN, UPDIKE & KAUFMAN, LLP<br>60 East 42nd Street<br>New York, NY  10165<br>Telephone: (212) 661-5030<br>Facsimile: (212) 687-2123 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DOLORES EMILIANO )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>ALLIEDBARTON SECURITY SERVICES, LLC )<br>)<br>   Defendant. )<br>) | CASE NO: 07-CV-8234-RPP |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2008, I electronically filed the document entitled JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> Paul N. Cisternino
> Law Office of Paul N. Cisternino, PC
> 16 Briarbrook Road
> Ossining, NY 10562
> Telephone: (914) 941-4713

Dated this 23rd day of May, 2008.

> s/Donna L. Keeton
> Donna L. Keeton, Esq. (Ga. Bar No. 006961)
> dkeeton@martensonlaw.com
> **MARTENSON, HASBROUCK & SIMON LLP**
> 3379 Peachtree Road, N.E., Suite 400
> Atlanta, GA 30326
> Telephone: (404) 909-8100
> Facsimile: (404) 909-8120