**MARTENSON, HASBROUCK & SIMON LLP**

DONNA L. KEETON
(404) 909-8121
dkeeton@martensonlaw.com

ATTORNEYS AT LAW
3379 PEACHTREE ROAD, N.E.
SUITE 400
ATLANTA, GEORGIA 30326
TELEPHONE (404) 909-8100
FACSIMILE (404) 909-8120

LABOR AND EMPLOYMENT LAW
AND RELATED LITIGATION

RECEIVED
MAY 30 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

May 29, 2008

**VIA OVERNIGHT MAIL**
Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

MEMO ENDORSED

Re:  Dolores Emiliano v. AlliedBarton Security Services
     Case No. 07-CV-8234 (RPP)

Dear Judge Patterson:

Enclosed please find a courtesy copy of the parties' Joint Stipulation of Dismissal with Prejudice, the original of which was submitted to the Clerk's office via email on May 28, 2008.

Should you have any questions regarding this matter, counsel will make ourselves available at the Court's convenience.

Sincerely yours,

**MARTENSON, HASBROUCK & SIMON LLP**

Donna Keeton /tml

Donna L. Keeton

Enclosure
cc:  Paul Cisternino, Esq. (w/encl.)
     David B. Gordon, Esq. (w/encl.)
     Marty N. Martenson, Esq. (w/encl.)

*[Handwritten annotation: Please send the court an executed copy of the Stipulation of Dismissal. So ordered. Robert P. Patterson, USDJ 5/30/08]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOLORES EMILIANO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLIEDBARTON SECURITY )<br>SERVICES, LLC )<br>)<br>)<br>)<br>Defendant. ) | Case No. 07-CV-8234-RPP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dolores Emiliano and Defendant AlliedBarton Security Services, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), file this Joint Stipulation of Dismissal with Prejudice and show as follows:

The parties in the above-styled case have agreed to resolve the matter through settlement and have entered into a Settlement Agreement and General Release. As a term and condition of that settlement agreement, Plaintiff agreed to dismiss her claims against Defendant with prejudice.

NOW THEREFORE, the parties stipulate and agree to the dismissal of Case No. 07-CV-8234-RPP, and each and every claim therein, with prejudice. All parties to bear their own costs.

Respectfully submitted this 28th day of May, 2008.

| PLAINTIFF DOLORES EMILIANO | DEFENDANT ALLIEDBARTON SECURITY SERVICES, LLC |
|---|---|
| By: s/Paul N. Cisternino<br>Paul N. Cisternino<br>The Law Office of Paul N. Cisternino, P.C.<br>16 Briarbrook Road<br>Ossining, NY 10562<br>Telephone: (914) 941-4713<br>Facsimile: (914) 923-8913 | By: s/Donna L. Keeton<br>Marty N. Martenson (admitted *pro hac vice*)<br>Donna L. Keeton (admitted *pro hac vice*)<br>MARTENSON, HASBROUCK & SIMON LLP<br>3379 Peachtree Road, N.E., Suite 400<br>Atlanta, GA 30326<br>Telephone: (404) 909-8100<br>Facsimile: (404) 909-8120<br><br>and<br><br>David B. Gordon (DG 0010)<br>SCHOEMAN, UPDIKE & KAUFMAN, LLP<br>60 East 42nd Street<br>New York, NY 10165<br>Telephone: (212) 661-5030<br>Facsimile: (212) 687-2123 |

2