PATTERSON

ECEIVE

MAY 3 0 2008

CHAMBERS OF
JUDGE ROBERT P. PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOLORES EMILIANO                    )
                                    )
        Plaintiff,                  )
                                    )        Case No. 07-CV-8234-RPP
v.                                  )
                                    )
ALLIEDBARTON SECURITY               )
SERVICES, LLC                       )
                                    )
                                    )
                                    )
        Defendant.                  )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dolores Emiliano and Defendant AlliedBarton Security Services, LLC, by and
through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), file this Joint
Stipulation of Dismissal with Prejudice and show as follows:

The parties in the above-styled case have agreed to resolve the matter through settlement
and have entered into a Settlement Agreement and General Release. As a term and condition of that
settlement agreement, Plaintiff agreed to dismiss her claims against Defendant with prejudice.

NOW THEREFORE, the parties stipulate and agree to the dismissal of Case No. 07-CV-
8234-RPP, and each and every claim therein, with prejudice. All parties to bear their own costs.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/08

PLAINTIFF DOLORES EMILIANO

By: _____ 4/15/08

Paul N. Cisternino  (PC - 0347)
The Law Office of Paul N. Cisternino, P.C.
16 Briarbrook Road
Ossining, NY 10562
Telephone: (914) 941-4713
Facsimile: (914) 923-8913

DEFENDANT ALLIEDBARTON
SECURITY SERVICES, LLC

By: _____ 5/28/08

Marty N. Martenson (admitted *pro hac vice*)
Donna L. Keeton (admitted *pro hac vice*)
MARTENSON, HASBROUCK &
 SIMON LLP
3379 Peachtree Road, N.E., Suite 400
Atlanta, GA 30326
Telephone: (404) 909-8100
Facsimile: (404) 909-8120

and

David B. Gordon (DG 0010)
SCHOEMAN, UPDIKE & KAUFMAN, LLP
60 East 42nd Street
New York, NY 10165
Telephone: (212) 661-5030
Facsimile: (212) 687-2123

May 30, 2008 SO ORDERED

Robt Patth
USDJ

2